KEENEY, Respondent, v. NEWMAN BROS. GRAIN CO., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 7, 1913.) Action by Fred B. Keeney against the Newman Bros. Grain Company. No opinion. Order affirmed, with $10 costs and disbursements.

KENNARD, Respondent, v. LUDWIG, Appellant. (Supreme Court, Appellate Division, First Department. April 18, 1913.) Action by Edward T. Kennard, as executor, against Bernhard J. Ludwig. I. L. Ernst, of New York City, for appellant. J. C. Harrison, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KENNEDY, Respondent, v. MOYER et al., Appellants. (Appeal No. 1.) (Supreme Court, Appellate Division, Second Department. April 18, 1913.) Action by Annie D. Kennedy, as administratrix, etc., against Horace I. Moyer and another, copartners, etc.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
CARR, J., not voting.

KENNEDY, Respondent, v. MOYER et al., Appellants. (Appeal No. 2.) (Supreme Court, Appellate Division, Second Department. April 18, 1913.) Action by Annie D. Kennedy, as administratrix, etc., against Horace I. Moyer and another, copartners, etc.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
CARR, J., not voting.

KEYSER v. REID–PALMER CONST. CO. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Action by Clemens Keyser against the Reid-Palmer Construction Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 78 Misc. Rep. 393, 138 N. Y. Supp. 452.

KIDDER, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Action by Cora E. Kidder against the International Railway Company. No opinion. Judgment and order affirmed, with costs.

KILHOFFER, Respondent, v. RUSSELL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Action by William C. Kilhoffer, as trustee in bankruptcy, etc., against Charles B. Russell and others.
PER CURIAM. Judgment modified, by reducing the amount of plaintiff's recovery to an amount sufficient, with the amount now on hand and any amount plaintiff may realize on the judgment recovered against Ella M. Russell, to pay the $7,902.85 claims of creditors as proven and allowed and the fees and reasonable expenses of plaintiff as trustee, and, as so modified, affirmed, without costs of this appeal to either party. Settle order before Mr. Justice Foote on two days' notice.

KILHOFFER, Respondent, v. RUSSELL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Action by William G. Kilhoffer, as trustee in bankruptcy, etc., againt Ella M. Russell and others.
PER CURIAM. Judgment modified, by striking therefrom all provisions for recovery by plaintiff, except as to the surplus fund of $234.72 deposited with the treasurer of Erie county, and interest and the costs, to be taxed, and, as so modified, affirmed, without costs of this appeal to either party. Held, that plaintiff's right to recover against the defendant Ella M. Russell is limited to the surplus fund, for the reasons stated in Phipps v. Sedgwick, 95 U. S. 3, 24 L. Ed. 591.

KILLBASSA, Respondent, v. AMERICAN MALLEABLES CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by John Killbassa against the American Malleables Company. No opinion. Judgment and order affirmed, with costs. Appeal to Court of Appeals denied, 141 N. Y. Supp. 1126.

KILLBASSA, Respondent, v. AMERICAN MALLEABLES CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Action by John Killbassa against the American Malleables Company. No opinion. Motion for leave to appeal to Court of Appeals (from 141 N. Y. Supp. 1126) denied, with $10 costs.

KIMBALL, Appellant, v. JAMES, Mayor, et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by Nellie R. Kimball against Harry James, as Mayor of the City of Dunkirk, and others.
PER CURIAM. Judgment (136 N. Y. Supp. 541) affirmed, with costs.
LAMBERT, J., not sitting.

KING, Respondent, v. MINNERLY, Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by John E. King against Anna P. Minnerly.
PER CURIAM. Judgment and order reversed, and motion to dismiss the complaint, made at the close of the entire case, granted, and judgment directed in favor of defendant accordingly, with costs and disbursements in this court and in the court below, upon the ground that, if the evidence warranted a finding by the jury that Peterson acted as the agent of defendant in the purchase of goods, he was not the agent of an undisclosed principal, but such principal was known to plaintiff's assignor at the time the goods were purchased, and he chose thereafter to make a contract with the agent directly, and to hold him solely responsible therefor, when he filed the notice of mechanic's